[Nos. 26402-1-II; 26537-1-II. Division Two. June 1, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NEIL SKENANDORE, *Appellant*.

*In the Matter of the Personal Restraint of* NEIL W. SKENANDORE.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-1-00011-3, George L. Wood, J., entered July 28, 2000, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[Nos. 44221-0-I; 45781-1-I; Division One. June 4, 2001.]
45821-3-I; 45020-4-I.

*In the Matter of the Estate of* ALFRED I. SUTTER.

Appeals from a judgment of the Superior Court for King County, No. 98-4-01196-1, Donald D. Haley, J., entered January 29, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Appelwick, J.

[No. 44417-4-I. Division One. June 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRI S. BYRNE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01620-0, George N. Bowden, J., entered April 2, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45311-4-I. Division One. June 4, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. IAN FARROW McKNIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-00440-4, David A. Nichols, J., entered September 21, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Baker, JJ.